| Attorney or Party without Attorney:<br>MARC A. FENSTER, ESQ.<br>RUSS, AUGUST & KABAT<br>12424 WILSHIRE BLVD.<br>12TH FLOOR<br>LOS ANGELES, CA 90025<br>Telephone No: 310-826-7474   FAX No: 310-826-6991<br><br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California - Southern Division

Plaintiff: SPEX TECHNOLOGIES
Defendant: WESTERN DIGITAL CORPORATION, ETC., ET AL.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:16-CV-01799 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Disclosure Statement; Notice Of Appearance Or Withdrawal Of Counsel; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed Adr Program; Notice Of Related Cases; Order Re Transfer Pursuant To General Order 14-03 (Related Cases); Initial Order Following Filing Of Complaint Assigned To Judge Selna

3. a. Party served: WESTERN DIGITAL TECHNOLOGIES, INC.
   b. Person served: LYNANNE GARES, AUTHORIZED TO ACCEPT SERVICE AT CSC LAWYERS, INC., REGISTERED AGENT

4. Address where the party was served: 2711 CENTERVILLE ROAD
   SUITE 400
   WILMINGTON, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Oct. 17, 2016 (2) at: 10:19AM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RYAN COUSINS
   d. The Fee for Service was: $135.12
   e. I am: Not a Registered California Process Server



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Oct. 20, 2016

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(RYAN COUSINS)
3161749 .rusau.847913

```
     |         |           |          |        |
=====================================================================Cntrl#===
   3237|RUSS AUGUST & KABAT                |           |   3161749   |
===============================================================================

 Alexandra Loew  | 3713-2F SPEX TECH.   |  2/  3      |  10/14/16   |
 pu info:==========================================|==============|=========
==
 RUSS AUGUST & KABAT                               |  10/14/16   |
 12424 WILSHIRE BLVD                               |             |
 LOS ANGELES         CA    90025                   |             |
 310 826-7474              Zns: 25/4               |             |
                Rm:STE 1200                        |  ** MULTIPLE **
                                                   |  ** RE-PRINT **
 del info:=====================================================================
 Western Didital Technologies Inc.                 |  10/15/16   |
 2711 Centerville Rd                               |             |
 WILMINGTON          DE    19808                   |             |
                           Zns:850                 |  To:17:00   |
 corp svc comp      Rm:Ste 400                     |             |
                                      10/14/16  13:20|    Yes    |
 Case: 8:16CV01799
 Case: SPEX v Western Digital
 Docs: Summons Comp & adtl docs
```