# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., | CASE NO. 8:16-cv-01790-JVS-AGR |
| Plaintiff, | **STIPULATION SCHEDULING TECHNOLOGY TUTORIAL DATE** |
| v. | |
| KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, | |
| Defendants. | |
| SPEX TECHNOLOGIES, INC., , | Case No. 8:16-CV-01799-JVS-AGR |
| Plaintiff, | |
| v. | |
| WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC., | |
| Defendants. | |

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br>       Plaintiff, <br><br>  v. <br><br> TOSHIBA AMERICA ELECTRONICS COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION, <br><br>       Defendants. | Case No. 8:16-CV-01800-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br>       Plaintiff, <br><br>  v. <br><br> APRICORN, INC., <br><br>       Defendant. | Case No. 8:16-CV-07349-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br>       Plaintiff, <br><br>  v. <br><br> INTEGRAL MEMORY PLC, <br><br>       Defendant. | Case No. 8:16-CV-01805-JVS-AGR |

Plaintiff SPEX Technologies, Inc. ("SPEX") and Defendants Western Digital Corporation, Western Digital Technologies, Inc., and HGST, Inc.; Apricorn; Datalocker, Inc. and Data Locker International, LLC; Imation Corporation; Integral Memory PLC; Kingston Technology Corporation, Kingston Digital, Inc., and Kingston Technology Company, Inc.; and Toshiba America Electronic Components Inc., Toshiba America Information Systems, Inc., and Toshiba Corporation (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1   WHEREAS, on January 30, 2017, this Court entered a Scheduling/Status
2   Conference Minute Order (Dkt. 38), setting forth various case deadlines for this action;
3   WHEREAS, a claim construction hearing is scheduled to commence on
4   September 18, 2017 at 3:00 p.m.;
5   WHEREAS, the Court ordered counsel to confer and submit a stipulation and
6   proposed order setting a technology tutorial on a Saturday between the dates upon
7   which the opening and reply claim construction briefs are due;
8   WHEREAS, the opening brief is due on July 13, 2017, and the reply brief is due
9   on August 3, 2017;
10  NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE that the
11  technology tutorial be scheduled for Saturday, July 22, 2017, at a time to be set by the
12  Court, in Courtroom 10C of the above-entitled court, located at 411 West 4th Street,
13  Santa Ana, California 92701.

Dated:  March 2, 2017

MARC A. FENSTER
BEN WANG
ANDREW D. WEISS
RUSS AUGUST & KABAT

By: /s/ Marc A. Fenster
           Marc A. Fenster

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

Dated:  March 2, 2017

WILLIAM C. ROOKLIDGE
FRANK P. COTÉ
RUSTIN K. MANGUM
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Frank P. Coté
           Frank P. Coté

Attorneys for Defendants WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and HGST, INC.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2017 | CHRISTOPHER D. BRIGHT<br>McDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By   */s/ Christopher D. Bright*<br>               Christopher D. Bright |
| 4 | | Attorneys for Defendant APRICORN |
| 5 | | |
| 6 | Dated: March 2, 2017 | DOUGLAS W. ROBINSON<br>SHOOK, HARDY & BACON L.L.P. |
| 7 | | |
| 8 | | By   */s/ Douglas W. Robinson*<br>               Douglas W. Robinson |
| 9 | | Attorneys for Defendants<br>DATALOCKER, INC. and DATA LOCKER<br>INTERNATIONAL, LLC |
| 10 | | |
| 11 | | |
| 12 | Dated: March 2, 2017 | ERIN O. DUNGAN<br>WINTHROP & WEINSTINE, P.A. |
| 13 | | |
| 14 | | By   */s/ Erin O. Dungan*<br>               Erin O. Dungan |
| 15 | | Attorneys for Defendant<br>IMATION CORPORATION |
| 16 | | |
| 17 | Dated: March 2, 2017 | WINSLOW TAUB<br>COVINGTON & BURLING LLP |
| 18 | | |
| 19 | | By   */s/ Winslow Taub*<br>               Winslow Taub |
| 20 | | Attorneys for Defendant<br>INTEGRAL MEMORY PLC |
| 21 | | |
| 22 | | |
| 23 | Dated: March 2, 2017 | DAVID HOFFMANN<br>FISH & RICHARDSON P.C. |
| 24 | | By   */s/ David Hoffman*<br>               David Hoffman |
| 25 | | |
| 26 | | Attorneys for Defendants<br>KINGSTON TECHNOLOGY<br>CORPORATION, KINGSTON DIGITAL,<br>INC., and KINGSTON TECHNOLOGY<br>COMPANY, INC. |
| 27 | | |
| 28 | | |

Gibson, Dunn &<br>Crutcher LLP

| | |
|---|---|
| Dated: March 2, 2017 | DOUGLAS F. STEWART<br>BRACEWELL LLP<br><br>By  */s/ Douglas F. Stewart*<br>　　　　Douglas F. Stewart<br><br>Attorneys for Defendants<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA CORPORATION |

102264048.2

## SIGNATURE ATTESTATION

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: March 2, 2017 | WILLIAM C. ROOKLIDGE<br>FRANK P. COTÉ<br>RUSTIN K. MANGUM<br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:  */s/ Frank P. Coté*<br>　　　　Frank P. Coté<br><br>Attorneys for Defendants<br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and HGST, INC. |

102264048.2