**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, <br><br>　　　　Defendants. | CASE NO. 8:16-cv-01790-JVS-AGR <br><br>**[PROPOSED] ORDER SCHEDULING TECHNOLOGY TUTORIAL DATE** <br><br>**Hearing:** <br>Date:　July 22, 2017 <br>Time: <br>Place:　Courtroom 10C <br>Judge:　Hon. James V. Selna |
| SPEX TECHNOLOGIES, INC., , <br><br>　　　　Plaintiff, <br><br>　v. <br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC., <br><br>　　　　Defendants. | Case No. 8:16-CV-01799-JVS-AGR |

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> TOSHIBA AMERICA ELECTRONICS COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION, <br><br>  Defendants. | Case No. 8:16-CV-01800-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> APRICORN, INC., <br><br>  Defendant. | Case No. 8:16-CV-07349-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> INTEGRAL MEMORY PLC, <br><br>  Defendant. | Case No. 8:16-CV-01805-JVS-AGR |

**ORDER**

WHEREAS, in accordance with the Court's Minute Order of January 30, 2017 (Dkt. 38), on March 2, 2017, the parties filed a Stipulation Scheduling Technology Tutorial Date for a date agreed upon by Plaintiff and all Defendants, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

///

///

1 | The technology tutorial is scheduled for Saturday, July 22, 2017, at
2 | _____ __.m., in Courtroom 10C of the above-entitled court, located at 411 West 4th
3 | Street, Santa Ana, California 92701.

**IT IS SO ORDERED.**

Dated: _____

                                                      James V. Selna
                                        United States District Judge

102264059.2