1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., | CASE NO. 8:16-cv-01790-JVS-AGR |
| Plaintiff, | **ORDER SCHEDULING TECHNOLOGY TUTORIAL DATE** |
| v. | |
| KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, | **Hearing:**<br>Date:   July 22, 2017<br>Time:<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |
| Defendants. | |
| SPEX TECHNOLOGIES, INC., , | Case No. 8:16-CV-01799-JVS-AGR |
| Plaintiff, | |
| v. | |
| WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC., | |
| Defendants. | |

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., | Case No. 8:16-CV-01800-JVS-AGR |
| Plaintiff, | |
| v. | |
| TOSHIBA AMERICA ELECTRONICS COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION, | |
| Defendants. | |
| SPEX TECHNOLOGIES, INC., | Case No. 8:16-CV-07349-JVS-AGR |
| Plaintiff, | |
| v. | |
| APRICORN, INC., | |
| Defendant. | |
| SPEX TECHNOLOGIES, INC., | Case No. 8:16-CV-01805-JVS-AGR |
| Plaintiff, | |
| v. | |
| INTEGRAL MEMORY PLC, | |
| Defendant. | |

**ORDER**

WHEREAS, in accordance with the Court's Minute Order of January 30, 2017 (Dkt. 38), on March 2, 2017, the parties filed a Stipulation Scheduling Technology Tutorial Date for a date agreed upon by Plaintiff and all Defendants, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

///

///

1       The technology tutorial is scheduled for **Saturday, July 22, 2017, at 8:00 a.m.,**
2 in Courtroom 10C of the above-entitled court, located at 411 West 4th Street, Santa
3 Ana, California 92701.
4       **IT IS SO ORDERED.**

6 Dated: March 03, 2017

                                                           James V. Selna
                                          United States District Judge