UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-01790 JVS (AGRx); SACV 16-01799 JVS (AGRx); SACV 16-01800 JVS (AGRx); CV 16-07349 JVS (AGRx) | Date | July 27, 2017 |
| Title | SPEX Technologies, Inc. v. Kingston Technology Corporation; SPEX Technologies, Inc. v. Western Digital Corporation; SPEX Technologies, Inc. v. Toshiba America Electronics Components Inc.; SPEX Technologies, Inc. v. Apricon, | | |

Present: The Honorable   James V. Selna

| Evelyn Synagogue | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)     ORDER**

      The Court has preliminarily reviewed the parties' opening Markman briefs.

      In their Amended Joint Claim Construction Chart (*e.g.*, SACV, 16-1799, Docket No. 47, pp. 206-07), the parties identified the ten most significant terms. It is the Court's practice to construe only ten terms at the Markman hearing, which the Court confirmed at the Scheduling Conference. (Tr., Jan. 30, 2017, p. 14.) At this time, the Court will construe only the ten terms identified by the parties as most significant. If the parties seek a different priority, they should advise the Court by way of stipulation.

| | : | 00 |
|---|---|---|
| Initials of Preparer | es | |