1 | *[Counsel Listed on Signature Block]*
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 8:16-CV-01790-JVS-AGR <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF ON THE "DEFINED INTERACTION" TERMS** <br><br> [Proposed Order Filed Concurrently Herewith] <br><br> Original Deadline: September 27, 2017 <br> New Deadline: September 29, 2017 |
| SPEX TECHNOLOGIES, INC., <br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC., <br><br> Defendants. | Case No. 8:16-CV-01799-JVS-AGR |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> TOSHIBA AMERICA ELECTRONICS COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION, <br><br> Defendants. | Case No. 8:16-CV-01800-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APRICORN, INC., <br><br> Defendant. | Case No. 2:16-CV-07349-JVS-AGR |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

1

2   Plaintiff SPEX Technologies, Inc. ("SPEX") and Defendants, by and through
3   their undersigned counsel of record, hereby stipulate as follows:
4   WHEREAS, on September 18, 2017, the Court conducted a claim
5   construction hearing;
6   WHEREAS, at the claim construction hearing, the Court ordered that
7   Plaintiff would have 7 days to respond to Defendants' supplemental claim
8   construction brief;
9   WHEREAS, Defendants' supplemental claim construction brief was filed on
10  September 20, 2017 and Plaintiff's responsive brief is due on September 27, 2017;
11  WHEREAS, due to preexisting scheduling conflicts, Plaintiff has requested
12  and Defendants have agreed to an extension of two days, to September 29, 2017, to
13  respond to Defendants' supplemental brief;
14  WHEREAS, Plaintiff represents that good cause exists to extend the time for
15  Plaintiff to respond to Defendants' supplemental claim construction brief up to and
16  including September 29, 2017 due to Plaintiff's scheduling conflicts.  Defendants
17  have accepted Plaintiff's representation;
18  NOW, THEREFORE, THE PARTIES HEREBY AGREE AND
19  STIPULATE THAT Plaintiff shall have up to and including September 29, 2017, to
20  respond to Defendants' supplemental claim construction brief and jointly
21  respectfully request that the Court enter the attached Proposed Order granting same.
22
23
24  DATED: September 27, 2017          RUSS, AUGUST & KABAT
25
                                       By: */s/ Andrew D. Weiss*
26                                     Marc A. Fenster
                                       Benjamin T. Wang
27                                     Andrew D. Weiss

28                                     Attorneys for Plaintiff
                                       SPEX TECHNOLOGIES, INC.

1

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

```
 1
 2  Dated: September 26, 2017        WILLIAM C. ROOKLIDGE
                                     FRANK P. COTÉ
 3                                   RUSTIN K. MANGUM
                                     GIBSON, DUNN & CRUTCHER LLP
 4
 5                                   By:  /s/ Frank P. Coté
                                               Frank P. Coté
 6
                                     Attorneys for Defendants WESTERN
 7                                   DIGITAL CORPORATION, WESTERN
                                     DIGITAL TECHNOLOGIES, INC., and
 8                                   HGST, INC.
 9
    Dated: September 26, 2017        CHRISTOPHER D. BRIGHT
10                                   McDERMOTT WILL & EMERY LLP
11
12                                   By:  /s/ Christopher D. Bright
                                               Christopher D. Bright
13
                                     Attorneys for Defendant APRICORN
14
15  Dated: September 26, 2017        DOUGLAS W. ROBINSON
                                     SHOOK, HARDY & BACON L.L.P.
16
17                                   By:  /s/ Douglas W. Robinson
                                               Douglas W. Robinson
18
                                     Attorneys for Defendants
19                                   DATALOCKER, INC. and DATA LOCKER
                                     INTERNATIONAL, LLC
20
21  Dated: September 26, 2017        MINTZ LEVIN COHN FERRIS GLOVSKY
                                     AND POPEO PC
22
23
24                                   By:  /s/ Stephen J. Akerley
                                               Stephen J. Akerley
25
                                     Attorneys for Defendant
26                                   IMATION CORPORATION
27
28
```

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 26, 2017 | DAVID HOFFMANN<br>FISH & RICHARDSON P.C.<br>VICTORIA HAO<br>LAW OFFICES OF S.J. CHRISTINE YANG |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Victoria Hao* |
| 6 | | Victoria Hao |
| 7 | | Attorneys for Defendants<br>KINGSTON TECHNOLOGY<br>CORPORATION, KINGSTON DIGITAL,<br>INC., and KINGSTON TECHNOLOGY<br>COMPANY, INC. |
| 8 | | |
| 9 | | |
| 10 | Dated: September 26, 2017 | DOUGLAS F. STEWART<br>BRACEWELL LLP |
| 11 | | |
| 12 | | By: */s/ Douglas F. Stewart* |
| 13 | | Douglas F. Stewart |
| 14 | | *Attorneys for Defendants*<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS INC., TOSHIBA AMERICA<br>INFORMATION SYSTEMS, INC., and<br>TOSHIBA CORPORATION |
| 15 | | |
| 16 | | |
| 17 | | |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4

Dated: September 27, 2017                    */s/ Andrew D. Weiss*
                                             Andrew D. Weiss