UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 8:16-CV-01790-JVS-AGR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF ON THE "DEFINED INTERACTION" TERMS**<br><br>Original Deadline: September 27, 2017<br>New Deadline: September 29, 2017 |
| SPEX TECHNOLOGIES, INC.,<br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC.,<br><br>Defendants. | Case No. 8:16-CV-01799-JVS-AGR |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME**

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> TOSHIBA AMERICA ELECTRONICS COMPONENTS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION, <br><br> Defendants. | Case No. 8:16-CV-01800-JVS-AGR |
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APRICORN, INC., <br><br> Defendant. | Case No. 2:16-CV-07349-JVS-AGR |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME**

**ORDER**

WHEREAS, on September 26, 2017, the parties entered into a Stipulation granting Plaintiff an extension of time to respond to Defendants' Supplemental Claim Construction Brief on the "Defined Interaction" Terms, and good cause appearing, the Court orders as follows:

The time for Plaintiff to respond to Defendants' supplemental claim construction brief shall be extended up to and including September 29, 2017.

**IT IS SO ORDERED.**

Dated: September 28, 2017

_____
Honorable James V. Selna
United States District Judge

1