# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., HGST, INC., <br><br> Defendants. | Case No. 8:16-CV-01799-JVS-AGR <br><br> **FINAL JUDGMENT** <br><br> Judge: Hon. James V. Selna <br><br> Courtroom: 10C |

This matter comes before the Court on the Parties' Joint Request for Entry of Judgment. Upon consideration of said Request, the Court's November 22, 2019 Order regarding Summary Judgment, and the record in this case, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1) Judgment is entered in favor of Western Digital Corporation, Western Digital Technologies, Inc. and HGST, Inc. (collectively, "Western Digital") and against SPEX Technologies, Inc. ("SPEX") as to SPEX's claim for infringement of U.S. Patent No. 8,088,802; and that

(2) SPEX take nothing as to its claim against Western Digital.

DATED: December 02, 2019

_____
Honorable James V. Selna
United States District Judge