JASON LO, SBN 219030
  JLo@gibsondunn.com
DANIEL J. THOMASCH (admitted *pro hac vice*)
STUART M. ROSENBERG, SBN 239926
L. KIERAN KIECKHEFER, SBN 251978
FRANK P. COTE, SBN 204529
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>            Defendant. | CASE NO. 8:16-cv-01799-JVS-AGR<br><br>**WESTERN DIGITAL'S REQUEST FOR LOADING DOCK ACCESS**<br><br>Judge:   Hon. James V. Selna<br>Place:   Courtroom 10C<br>Trial:    Oct. 8, 2024 |

Gibson, Dunn & Crutcher LLP

1  WHEREAS, trial in the above-captioned case is scheduled to begin on October 8, 2024;

2  WHEREAS, counsel for Defendant Western Digital Technologies, Inc. directed a member of its team to deliver boxes containing trial exhibits and two library carts to Courtroom 10C without having first secured an order of the Court to deliver more than three boxes of materials;

NOW, THEREFORE, Defendant hereby requests that:

1. the Court enter an order *nunc pro tunc* permitting Defendant's placement of the boxes/materials on October 4, 7 and 8, 2024, in the Honorable James V. Selna's Courtroom, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10C Santa Ana, CA, 92701-4516, by the following individual: David Lam, CA Driver's License D6410692, in a vehicle with license plate 5TAK788.

DATED: October 4, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason Lo*
    Jason Lo

Attorneys for WESTERN DIGITAL TECHNOLOGIES, INC.

Gibson, Dunn & Crutcher LLP

1