JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 8:16-CV-01799-JVS-AGR <br><br> **JUDGMENT** |

A jury trial commenced in this case on October 8, 2024. On October 18, 2024, the jury returned a unanimous verdict finding infringement of claim 25 of the '802 patent, and that SPEX should recover a total of $315,715,899.00 for such infringement through the date of trial. Dkt. 590. Defendant Western Digital Technologies, Inc. also chose not to present a case-in-chief regarding its invalidity allegations (*see, e.g.*, Dkt. 548), and SPEX moved for judgement as a matter of law under Rule 50(a) regarding validity (Dkt. 582).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court's orders, and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Western Digital Technologies, Inc. has infringed claim 25 of U.S. Patent No. 6,088,802;
2. Claim 25 of the '802 patent is not invalid;
3. SPEX is hereby awarded compensatory damages from and against Western Digital Technologies, Inc., and shall accordingly have and recover from Western Digital Technologies, Inc. the following sums:
   a. As to the Ultrastar He10 representative product[1] group: $121,845,034 U.S. Dollars; and
   b. As to the My Book representative product[2] group: $193,870,865 U.S. Dollars.

---

[1] The Ultra He10 representative product is representative of the Ultrastar He10, He8, 7K4000, 7K6000, C10K1800, C10K900, and C15K600 products, and the Travelstar Z5K1000, Z5K500, and Z7K500 products. Dkt. 480.

[2] The My Book representative product is representative of the My Book, My Passport, and Re products. Dkt. 480.

4. SPEX is further awarded pre-judgment interest in the amounts of $86,034,610[3] for the UltraStar He10 product group and $150.976.919[4] for the My Book product group.

5. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule 54-1, and 28 U.S.C. § 1920, SPEX is the prevailing party in this case and shall recover its costs from Western Digital Technologies, Inc., and SPEX is directed to file its proposed Bill of Costs;

6. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and further

7. All other relief requested by either party now pending before the Court and not specifically awarded herein is **DENIED**.

All other requests for relief regarding the above-captioned case, including pursuant to 35 U.S.C. §§ 284 and 285, shall be filed within 28 days of this Judgment. The Clerk is directed to **CLOSE** the above-captioned case.

DATED: January 07, 2025

_____
Honorable James V. Selna
United States District Judge

---

[3] Interest through 10-25-24 $84,310,114 + interest through 1-7-25 $1,724,496 (74 days x $23,804) = $86,034,610.

[4] Interest through 10-25-24 148,233,o73 + interest through 1-7-25 $2,0743,846 (74 days x $37,079 ) = $150,976,919.

2
JUDGMENT