JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., | Case No. 8:16-CV-01799-JVS-AGR |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| WESTERN DIGITAL TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court's orders, and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS AMENDED JUDGMENT** as follows:

1. Judgment is entered in favor of Plaintiff SPEX Technologies, Inc. ("SPEX") and against Defendant Western Digital Technologies, Inc. ("WD") for infringement of claim 25 of U.S. Patent No. 6,088,802.
2. Judgment is entered in favor of SPEX and against WD that Claim 25 of the '802 patent is not invalid.
3. SPEX is hereby awarded nominal damages from and against WD and shall accordingly have and recover from WD the amount of $1.00.
4. Because SPEX obtained only nominal relief, each party shall bear its own costs.
5. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and
6. All other relief requested by either party now pending before the Court and not specifically awarded herein is DENIED.

All other requests for relief regarding the above-captioned case, including pursuant to 35 U.S.C. §§ 284 and 285, shall be filed within 28 days of this Judgment.

The Clerk is directed to CLOSE the above-captioned case.

DATED: June 27, 2025

_____
Honorable James V. Selna
United States District Judge